**2010–1223.   Grissom v. Bradshaw.**

In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*August 11, 2010*

[Cite as *08/11/2010 Case Announcements*, 2010-Ohio-3697.]

## MOTION AND PROCEDURAL RULINGS

**In re Sherrills.**

On March 31, 2008, this court found Daries Sherills to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On August 4, 2010, Sherrills submitted a request for leave to file a motion for reconsideration. Upon consideration thereof,

It is ordered by the court that the request for leave is denied.

## DISCIPLINARY CASES

**2010–1217.   Erie–Huron Grievance Commt. v. Stoll.**

This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. On July 23, 2010, the board filed a motion to supplement the record. Upon consideration thereof,

It is ordered by this court that the motion is granted.

## CASE ANNOUNCEMENTS

*August 11, 2010*

[Cite as *08/11/2010 Case Announcements #2*, 2010-Ohio-3707.]

## DISCIPLINARY CASES